**ANTICOUNI & RICOTTA APC**
Bruce N. Anticouni (State Bar No.: 050022)
Nicole K. Ricotta (State Bar No.: 283370)
E-Mail: bruce@anticounilaw.com
E-Mail: nicole@anticounilaw.com
201 N. Calle Cesar Chavez, Suite 105
Santa Barbara, CA 93103
Telephone: (805) 845-0864
Facsimile: (805) 845-0965

Attorneys for Plaintiffs and Class Members

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREZA HOLT, an individual; and CHRISTOPHER MARTINEZ, an individual, on behalf of themselves and all others similarly-situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>TY WARNER HOTELS & RESORTS, LLC; a Delaware corporation; TY WARNER, an individual; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:22-cv-01839 MEMF (Ex)<br><br>[Hon. Maame Ewusi-Mensah Frimpong]<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order, Plaintiffs ANDREZA HOLT and CHRISTOPHER MARTINEZ and Defendants TY WARNER HOTELS & RESORTS, LLC and TY WARNER, by and through their respective undersigned counsel, jointly submit this status report.

# I.

# PROCEDURAL HISTORY

On January 26, 2022, the Plaintiffs filed the instant action against the Defendants in the California Superior Court for the County of Santa Barbara. ECF No. 1-1. On March 21, 2022, the case was removed to federal court. ECF No. 1. On March 28, 2022, the Defendants filed a Motion to Compel Arbitration, Dismiss Class Claims, and Stay Proceedings. ECF No. 10.  On April 14, 2022, Plaintiffs filed a First Amended Complaint, alleging five causes of action: (1) intentional interference with contract; (2) intentional interference with prospective economic advantage; (3) negligent interference with prospective economic advantage; (4) intentional misrepresentation; and (5) unjust enrichment. On April 28, 2022, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 17) and Motion to Strike Paragraph 68 of the First Amended Complaint (ECF No. 18). All three motions were fully briefed on June 1, 2022. ECF Nos. 22 ("Opp'n"), 23–26, 27 ("Reply"). This Court held oral argument on these matters on June 16, 2022.  On June 27, 2022, the Court granted Defendants' Motion to Compel Arbitration, Dismiss Class Claims, and Stay Proceedings and Ordered: (1) Plaintiffs must arbitrate the claims alleged in the FAC on an individual basis; (2) the class claims alleged in Plaintiffs' FAC are Dismissed; (3) litigation of the claims in the FAC are stayed in their entirety pending the outcome of the arbitration proceedings; (4) the parties shall file a joint report every ninety (90) days, and notify the Court within forty-eight (48) hours of the conclusion of the arbitration proceeding; (5) Defendants' Motion to Dismiss the FAC is denied as moot; and (6) the Defendants' Motion to Strike is denied as moot.

# II.

# ARBITRATION STATUS

Plaintiff Andreza Holt filed a Demand for Arbitration with the American Arbitration Association on July 21, 2022, Case Number 01-22-0003-1495. Defendants filed an Answer on August 31, 2022.  Judge Elinor Reiner (Ret.) has

been appointed as the Arbitration in this matter.  A management conference is currently scheduled for October 13, 2022 at 3:00 pm.

Plaintiff Christopher Martinez filed a Demand for Arbitration with the American Arbitration Association on July 21, 2022, Case Number 01-22-0003-1496.  Defendants filed an Answer on August 31, 2022.  The Parties have until September 26, 2022, to submit their supplemental list of arbitrators.

Respectfully Submitted,

DATED:  September 23, 2022                    ANTICOUNI & RICOTTA APC

                                        By:  */s/ Nicole K. Ricotta*_____
                                             NICOLE K. RICOTTA
                                             Attorneys for Plaintiffs and the Class

DATED:  September 23, 2022                    MULLEN & HENZEL L.L.P.

                                        By:  */s/ Jared M. Katz* _____
                                             JARED M. KATZ
                                             Attorneys for Defendants Ty Warner
                                             Hotels & Resorts, LLC and Ty Warner